ORIGINAL

FILED
OCT - 5 2006
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

AUTOMATION TECHNOLOGIES, INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 06-694 C

BID PROTEST

**AUTOMATION TECHNOLOGIES, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to RCFC 7.1, plaintiff Automation Technologies, Inc. ("ATI"), through its undersigned counsel, respectfully submits this corporate disclosure statement.

ATI has no parent corporation, and no publicly held corporation holds 10% or more of ATI.

Dated: October 5, 2006

Respectfully submitted,

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff*
*Automation Technologies, Inc.*



400444512v1

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | No. 06-694 C |
| v. | |
| UNITED STATES, Defendant. | BID PROTEST |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered, by hand, facsimile, or electronic means, on this 5th day of October, 2006, copies of (1) plaintiff Automation Technologies, Inc.'s ("ATI's)" Complaint for Declaratory and Injunctive Relief, (2) ATI's Motion for Expedited Completion of the Administrative Record; and (3) ATI's Corporate Disclosure Statement, on the following counsel:

Roger A. Hipp, Esq.
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
*Counsel for Defendant*

Leslie H. Wiesenfelder, Esq.
Dow Lohnes PLLC
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036
*Counsel for Awardee Digital Technologies, Inc.*

Walter F. Zenner