ORIGINAL

FILED
OCT - 5 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

AUTOMATION TECHNOLOGIES, INC.,
Plaintiff,
v.
UNITED STATES,
Defendant.

No. 06-694 C

BID PROTEST

**PLAINTIFF AUTOMATION TECHNOLOGIES, INC.'S MOTION FOR EXPEDITED COMPLETION OF THE ADMINISTRATIVE RECORD**

Plaintiff Automation Technologies, Inc. ("ATI"), as indicated in paragraph (c) of its pre-filing notice of October 4, hereby moves the Court for an order requiring Defendant, the United States, to expedite the production of the additional documents now needed to complete the Administrative Record in this case.

In the related override case, the government produced an administrative record that is relevant to this protest case too. The additional documents that are needed now to complete the Administrative Record principally relate to the procuring agency's evaluation of the technical proposals, past performance records, and price proposals, and the agency's record of discussions with ATI and awardee Digital Technologies, Inc.

Expediting the production of the remaining relevant documents will impose little added burden on the agency, yet it will substantially facilitate the parties' ability to brief the merits of the case in timely and orderly manner. In addition, expedited production of the remaining documents may permit the Court to reach a final decision in time to moot the need for the Court to consider and rule on ATI's protective motion for a preliminary injunction (to be filed

tomorrow).

WHEREFORE, plaintiff ATI requests that the Court grant this motion.

Dated: October 5, 2006

Respectfully submitted,

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | ) | No. 06-694 C |
| v. | ) | |
| UNITED STATES, Defendant. | ) | BID PROTEST |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered, by hand, facsimile, or electronic means, on this 5th day of October, 2006, copies of (1) plaintiff Automation Technologies, Inc.'s ("ATI's)" Complaint for Declaratory and Injunctive Relief, (2) ATI's Motion for Expedited Completion of the Administrative Record; and (3) ATI's Corporate Disclosure Statement, on the following counsel:

Roger A. Hipp, Esq.
Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
*Counsel for Defendant*

Leslie H. Wiesenfelder, Esq.
Dow Lohnes PLLC
1200 New Hampshire Ave., N.W.
Washington, D.C. 20036
*Counsel for Awardee Digital Technologies, Inc.*

Walter F. Zenner

Certificate_ofvService(2006-10-05)