# In The United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * *

**AUTOMATION TECHNOLOGIES, INC.,** *

**Plaintiff,** *

**v.** *

**UNITED STATES,** *

**Defendant.** *

* * * * * * * * * * * * * * * * * * * * * * * * *

**No. 06-694C**
**Filed: October 6, 2006**

## O R D E R

A post-award bid protest was filed in the above-captioned case on October 5, 2006, with the plaintiff requesting declaratory and injunctive relief. As previously agreed to by the parties, the court **SCHEDULES** a hearing for **Tuesday, October 10, 2006, at 3:00 p.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. Counsel for both parties shall appear in person. The courtroom number will be posted on the day of the conference. If the attorneys of record wish any individuals to participate in the conference, either in person or by telephone, their names and telephone numbers shall be provided to chambers staff, at (202) 357-6580, on or before **Tuesday, October 10, 2006, at 12:00 p.m. EDT**. The parties shall review RCFC 65 and RCFC Appendix C, consult prior to the October 10, 2006 conference, be prepared to propose a schedule for resolution of the case and to discuss all pertinent issues. This case has been designated by the clerk's office as an electronic case. All parties, therefore, shall ensure that they are registered with the CM/ECF system. Unless otherwise notified by the court, all filings in this case shall be electronic.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**