**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | ) | |
| v. | ) | No. 06-694C (Judge Horn) |
| UNITED STATES, Defendant. | ) | |

**DIGITAL TECHNOLOGIES, INC.'S CONSENT MOTION TO INTERVENE**

Pursuant to RCFC 24(a)(2), Digital Technologies, Inc. hereby respectfully moves the Court for an Order allowing it to intervene in this case. In support of its motion, Digital Technologies, Inc. states that it is the successful offeror and was awarded the contract by the Bureau of Customs and Border Protection of the United States Department of Homeland Security that is the subject of the bid protest filed by Plaintiff Automation Technologies, Inc. Therefore, Digital Technologies, Inc. has a direct interest in this case under RCFC 24(a)(2).

In further support of this Motion, undersigned counsel is authorized to represent to the Court that counsel for Plaintiff and counsel for the Department of Justice each has stated he has no objection to the granting of this Motion.

Wherefore, for the foregoing reasons, Digital Technologies, Inc. respectfully requests that its Motion be granted.

Respectfully submitted,

Leslie H. Wiesenfelder
Dow Lohnes PLLC
1200 New Hampshire Avenue, NW
Suite 800
Washington, DC 20036-6802
202-776-2726

Counsel for
Digital Technologies, Inc.

Dated: October 6, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused to be delivered, by electronic means, on this 6th day of October 2006, a copy of the foregoing Consent Motion of Digital Technologies, Inc. to Intervene on the following counsel:

Gregg Schwind, Esq.
U.S. Department of Justice
Commercial Litigation Branch
Civil Division
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

Walter F. Zenner, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859

Leslie H. Wiesenfelder