**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on October 7, 2006)

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | No. 06-649C |
| v. | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| Defendant. | ) | BID PROTEST |

**PLAINTIFF AUTOMATION TECHNOLOGIES, INC.'S PROTECTIVE MOTION FOR A PRELIMINARY INJUNCTION TO PREVENT TRANSITIONING CONTRACT PERFORMANCE TO AWARDEE DIGITAL TECHNOLOGIES, INC.**

Plaintiff Automation Technologies, Inc. ("ATI") hereby moves the Court, pursuant to RCFC 65(a), to preliminarily enjoin Defendant, its officers, employees and agents from permitting awardee Digital Technologies, Inc. ("DTI"), 45150 Business Court, Suite 550, Sterling, Virginia 20166-6707, to proceed, during the pendency of this bid protest case, with performance of Contract No. HSBP10-06-D-01287, awarded under RFP No. HSBP10-05-R-0541, by the Department of Homeland Security, Bureau of Customs and Border Protection ("CBP").

Plaintiff ATI requests, however, that the Court defer ruling on this motion until such time (if any) that the Court determines that it will be unable to render a final decision on the merits of this procurement protest before the transition of the work from ATI to DTI. The basis for this request (and for ATI not applying for a temporary restraining order) is as follows: Currently, plaintiff ATI is the incumbent contractor and holds a delivery order for performance of the work through October 31, at which point CBP intends to transition the work to DTI. Hence, it appears

that the status quo will remain in place until the end of the month. If the Court ultimately finds itself in a position to render a final decision on the merits of the case before then, this motion will become moot. By deferring a ruling on this motion, the Court (and the parties) will likely benefit from the opportunity to develop the record and brief the merits in a more orderly and measured manner than would be likely in the context of a motion for preliminary relief.

In the event, however, that the Court finds it advisable, either now or at some later point, to proceed to rule on this motion and grants it, plaintiff ATI requests that this preliminary injunction remain in force until such time as the Court is able to enter a final judgment on the merits in the case.

The grounds for the requested preliminary injunction are set forth in the accompanying memorandum, exhibits and declaration.

Dated: October 7, 2006

Respectfully submitted,

s/Walter F. Zenner

Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff*
*Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900