IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AUTOMATED TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | No. 06-694C<br>(Judge Horn) |
| Defendant. | ) | |
| and | ) | |
| DIGITAL TECHNOLOGIES, INC., | ) | |
| Intervenor. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Gregg M. Schwind as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

GREGG M. SCHWIND
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Dated: October 11, 2006

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
U.S. Department of Justice
Tel: (202) 353-2345
Fax: (202) 514-8624