IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AUTOMATED TECHNOLOGIES, INC., Plaintiff, | |
| v. | |
| THE UNITED STATES, Defendant | No. 06-694C (Judge Horn) |
| and | |
| DIGITAL TECHNOLOGIES, INC., Defendant-Intervenor. | |

DEFENDANT'S NOTICE OF FILING

Pursuant to this Court's Order, the United States hereby notifies the Court and the other parties of the filing of the Administrative Record. The Administrative Record incorporates by reference the Administrative Record previously assembled and filed in Automated Technologies, Inc. v. United States (06-599C) (Tabs 1-17, pages 1-238). Therefore, the Administrative Record filed on today's date begins at Tab 18 and Page 239.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: 8th Floor, Classification Unit
Washington, D.C. 20530
Tel: (202) 353-2345
Fax: (202) 514-8624

OF COUNSEL:

W. ALEXANDER DAMAN
Office of the Chief Counsel
U.S. Customs and Border Protection
Washington, D.C. 20548

October 12, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 12th day of October, 2006, a copy of the foregoing "Defendant's Notice Of Filing" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Allison Kidd-Miller