IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AUTOMATED TECHNOLOGIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 06-694C |
| | ) | (Judge Horn) |
| Defendant. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DIGITAL TECHNOLOGIES, INC., | ) | |
| | ) | |
| Intervenor. | ) | |
| | ) | |

NOTICE OF FILING

Pursuant to this Court's Order and request at the hearing in this matter on October 10, 2006, the United States respectfully submits the Declaration of Thomas M. Uberto, contracting officer for the procurement forming the basis for the subject bid protest.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/Gregg M. Schwind
by Allison Kidd-Miller
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-2345
Fax (202) 514-8624

October 12, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 12th day of October, 2006, a copy of the foregoing “Notice Of Filing” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/Allison Kidd-Miller