IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | ) | |
| v. | ) | No. 06-694 |
| UNITED STATES, Defendants. | ) | |

DECLARATION OF THOMAS M. UBERTO

I, THOMAS M. UBERTO, make the following declaration:

1. My name is Thomas M. Uberto. I am a Contracting Officer (CO) for U.S. Customs and Border Protection (CBP).

2. As part of my job duties I was responsible for procuring commercial information technology hardware maintenance services for the CBP Data Center Complex in Springfield, Virginia. Specifically, the contractor is required to maintain, diagnose, troubleshoot, and repair and replace mission-critical CBP mainframe and distributed systems computing environment equipment and associated peripherals and storage sub-systems. The services provided by this contract assure the continuance of CBP's mission-critical systems such as the Treasury Enforcement Communications System, U.S. Visa & Immigrant Status Indicator Technology, and the Automated Targeting System. Without a continuation of these services, CBP's mission-critical systems would be

greatly impacted due to unplanned outages caused by hardware failure. The agency's requirements were set forth in Solicitation No. HSBP1005R0541 ("Solicitation").

3. The requirement was synopsized, and the solicitation was posted, in FedBizOpps on September 30, 2005.

4. Since the exact quantity of equipment requiring service during the entire period of performance is uncertain, an indefinite-delivery, indefinite-quantity contract type was selected. This allows for orders to be placed against the contract on a firm-fixed-price basis, calculated using the per unit all-inclusive monthly maintenance charges contained in the awarded pricing schedule multiplied by the quantity for each Contract Line Item Number (CLIN). The guaranteed minimum for the contract was set at $2,500.

5. Due to the nature of the work, I executed a determination on September 24, 2005, attached, that the negotiation and award of a single contract would be in the best interests of the government.

6. The solicitation stated that the annual ordering ceiling for the base year and each of the four one-year options would be Not-To-Exceed (NTE) $9,900,000 and the total ordering ceiling amount for the full contract term would be NTE $49,500,000.