7. Evaluation factors and the evaluation methodology were described in Sections A.34, A.40 and A.41 of the solicitation.

8. The required services were solicited for an anticipated five-year period of performance; a single base year with four option years.

9. The solicitation closing date was October 11, 2005.

10. Three proposals were received in response to the solicitation and were evaluated according to the process described in the Technical Evaluation Plan and solicitation. A team of technical evaluators scored the technical proposals utilizing the Technical Evaluation Scoring Sheet that was included in the solicitation. This process was described in the solicitation, as follows, "Offers will be evaluated against solicitation requirements by a technical evaluation team. The technical evaluation will conducted initially be on an adjectival basis. The adjectival ranking will then be converted to a numeric score for each factor according to the matrix above. The numeric scores for all factors will then be summed and an overall percentage calculated."

11. Offers from Automation Technologies, Inc. (ATI) and Digital Technologies, Inc. (DTI) were rated equal for past

performance by the CBP technical evaluators. ATI's overall technical score was 85% and DTI's overall technical score was 76%.

12. A contract for the subject requirement was awarded to ATI on January 4, 2006. The contract award was subsequently protested to the Government Accountability Office (B-297851). To resolve the protest, CBP agreed to participate in a GAO outcome prediction on March 20, 2006. In the outcome prediction, GAO found that CBP engaged in unequal discussions with ATI by allowing ATI to correct what had appeared to be an obvious mistake in their offer (change a column heading from monthly to annual). The corrective action resulting from the outcome prediction was to re-open the solicitation for revised price proposals (Solicitation Amendment Nos. 0003 and 0004). Because the outcome prediction involved only pricing issues, offerors were specifically advised at that time that revised technical proposals would not be accepted.

13. After the GAO outcome prediction, ATI's contract was utilized to fulfill the immediate need. Orders were issued to ATI as follows--