| | PIID* | Date | Amount Obligated | Revised Amount Obligated** |
|---|---|---|---|---|
| Basic Contract | HSBP1006C01143 | 01/04/2006 | $2,500.00 | $2,500.00 |
| Order #1 | HSBP1006J10058 | 01/24/2006 | $41,324.00 | $41,324.00 |
| Order #2 | HSBP1006J10143 | 02/08/2006 | $3,175,036.00 | $3,175,036.00 |
| Order #3 | HSBP1006J11174 | 04/28/2006 | $1,568,438.00 | $1,568,438.00 |
| Order #4 | HSBP1006J11849 | 06/30/2006 | $781,954.00 | $781,954.00 |
| Order #5 | HSBP1006J12078 | 07/25/2006 | $774,940.00 | $774,940.00 |
| Order #6 | HSBP1006J12777 | 09/01/2006 | $2,325,366.00 | $1,550,244.00** |
| Total Amount Obligated to Date | | | $8,669,558.00 | $7,894,436.00 |

* The "PIID" is the Procurement Instrument Identifier, which is used to track contracts and task orders.

** HSBP1006J112777 initially covered the period of September 1, 2006 through November 30, 2006, but following the dismissal of GAO Protest B-298618 was modified to revise the end date to October 31, 2006.

14. Revised price proposals were received on April 11, 2006. The revised price proposals covered all option years.

15. As a result of revised price proposals, ATI's price was more than $100,000 per month higher than DTI's price; potentially more than $6,000,000 over the full period of performance.

16. OEM agreements had not been requested of the offerors prior to the initial January 4, 2006 award to ATI, because ATI's offer was a clear-cut award decision being lower priced and rated higher technically than DTI.

17. ATI, in their revised technical proposal (page 8) dated December 1, 2005, stated, "We have established an exclusive relationship with Fujitsu who is the only authorized provider of support for Fujitsu products. This provides us with the enviable position of being the only firm authorized to provide service for that equipment." In contrast, DTI's revised technical proposal dated December 1, 2005 listed Fujitsu under service level agreements and stated, "Agreements with each vendor are available upon request." Therefore, all offerors were requested to provide Original Equipment Manufacturer (OEM) agreement documentation on June 15, 2006 to resolve these apparently conflicting statements. OEM agreements were requested from all offerors to ensure equal communication.

18. OEM agreements received from ATI and DTI in June indicated that the OEMs (including Fujitsu) were willing to support either ATI or DTI. Had ATI's agreement with Fujitsu actually been exclusive, then this would have provided support for a best value award decision in favor of ATI.

19. Because both ATI and DTI actually had OEM agreements, and had both performed well in the past, the primary difference between the offers following the corrective action was a new difference in price. Therefore, a new award decision (to lower-priced DTI) was finalized on July 18, 2006.