20. CBP awarded a contract to DTI on July 26, 2006, and the FedBizOpps synopsis and award notice letters were issued on August 4, 2006. The award is also under the solicitation (HSBP1005R0541).

21. Debriefing letters were sent to unsuccessful offerors on August 7, 2006.

22. GAO protest B-298618 by ATI was received on August 11, 2006 and was dismissed by the GAO on September 6, 2006. CBP does not intend to terminate ATI's contract before it expires by its terms on December 31, 2006. As noted in the table above, CBP issued "bridge" task orders to ATI over this period as the incumbent contractor on the solicitation by virtue of their first contract award. On August 17, 2006, task order HSBP1006J12397 was issued to DTI, but was cancelled on August 31, 2006 because of the litigation over the protest. CBP intends to issue a task order to DTI to begin work under their contract award on this solicitation beginning on November 1, 2006, should that comport with the outcome of this litigation.

23. Although the initial intent was to award a single contract to one vendor, the existence of a second contract by virtue of the corrective action is advantageous to the Government. While CBP's intent and the nature of the work merit having only one contractor perform work at any one time, CBP may

utilize the services of either contractor over the coming months should severe performance difficulties arise with the incumbent, be it ATI or DTI. CBP has not yet reached a decision as to whether to exercise the options for out years for ATI, DTI, or both, in light of the possibilities of performance under both contracts now available to CBP and the potential to evaluate the performance of both in performing the required tasks in the coming months.

CERTIFICATION

24. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of October, 2006

Thomas M. Uberto

Thomas M. Uberto
Contracting Officer
United States Customs and Border Protection
Washington, D.C.