**Request for Proposals No. HSBP1005R0541**
**Preventive and Remedial ADPE Hardware Maintenance**

## DETERMINATION AND FINDINGS

Pursuant to the provisions of Section 16.504(c)(1)(ii)(C) of the Federal Acquisition Regulation (FAR), the following Determination and Findings is made:

### Findings

1. The Bureau of Customs & Border Protection, DHS has an ongoing need to acquire Preventive and Remedial ADPE Hardware Maintenance Services for the CBP OIT Data Center Complex.

2. Due to the nature of this requirement (including CBP-specific personnel requirements), the projected task orders are so integrally related that only a single contractor can reasonably perform the work.

3. The expected cost of administration of multiple contracts outweighs the expected benefits of making multiple awards.

4. Based on the contracting officer's knowledge of the market, more favorable terms and conditions, including pricing, will be provided if a single award is made.

5. It is anticipated there will be a recurring need for this service. The contract term is 6 months from date of award, plus four one-year options.

6. Funds will be obligated upon award of task orders issued under the subject IDIQ contract.

### Determination

Based upon the foregoing information, it is hereby determined that negotiation and award of a single award contract for hardware maintenance services is in the best interests of the Government.

Thomas Uberto (signature) 9-24-05

Thomas Uberto
Contracting Officer

Date