IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, Defendant, | ) | No. 06-694C (Judge Horn) |
| and | ) | |
| DIGITAL TECHNOLOGIES, INC., Intervenor. | ) | |

**MOTION FOR LEAVE TO FILE CORRECTED COPY**

Defendant, the United States, respectfully requests leave to file the attached corrected copy of our motion to dismiss filed with the Court on October 16, 2006. As filed, our motion to dismiss contains two incorrect factual statements. Neither is material to the resolution of our motion, but we wish to ensure that our briefs contain no inaccuracies.

First, we stated on page 4 of our motion that ATI's technical score from the evaluation team was *83 percent* and the third firm's technical score was *45 percent*. In fact, ATI and the third firm were initially rated initially at 83 percent and 45 percent, respectively. AR Tab 23 at 561, 563. However, after offerors were given an opportunity to revise their proposals, the proposals were evaluated again. AR Tab 24. As a result of this evaluation, the final scores for ATI and the third firm were raised to *85 percent* and *49 percent*, respectively. AR Tab 24 at 584, 586. The evaluation scores of the offerors are not relevant to any of our arguments in support of our position that ATI has no standing to challenge the award to DTI.

Second, we also stated on page 4 that "ATI's revised prices were lower than DTI *and the third offeror*" at the time of the January 4, 2006 award to ATI, citing AR Tab 4 at 109-12. In reality, while ATI's prices were indeed lower than those of DTI, the prices of the third offeror were lower than both ATI and DTI. AR Tab 4 at 109-10. As the Court is aware, the third offeror has not challenged the award to either ATI or DTI. Therefore, this error also does not affect any of our arguments in support of our position that ATI has no standing to challenge the award to DTI.

For these reasons, we respectfully request leave to file the attached corrected copy of our motion to dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Deputy Director

s/ Gregg M. Schwind
GREGG M. SCHWIND
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel. (202) 353-2345
Fax (202) 514-8624
Attorneys for Defendant

October 18, 2006