# In the United States Court of Federal Claims

**No. 06-694 C**

**AUTOMATION TECHNOLOGIES, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**DIGITAL TECHNOLOGIES, INC.,**
**Defendant-Intervenor.**

Pursuant to the court's Published Order, filed October 27, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is in favor of defendant and intervenor and the complaint is dismissed.

Brian Bishop
Clerk of Court

**October 30, 2006** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.