**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on December 15, 2006)

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., | ) | |
| Plaintiff, | ) | No. 06-694C |
| v. | ) | (Judge Horn) |
| UNITED STATES, | ) | |
| Defendant, | ) | |
| and | ) | |
| DIGITAL TECHNOLOGIES, INC., | ) | BID PROTEST |
| Defendant-Intervenor. | ) | |

**JOINT MOTION BY THE PRIVATE PARTIES**
**FOR LEAVE TO PRESERVE AND**
**RETAIN PROTECTED MATERIAL *PENDENTE LITE***

Pursuant to Rule 7 of this Court and paragraphs 9 and 10 of the protective order entered in this case, the private parties, plaintiff Automation Technologies, Inc. (“ATI”) and defendant-intervenor Digital Technologies, Inc. (“DTI”), hereby jointly move the Court for leave to preserve and retain protected material, consisting principally of the unredacted version of the Administrative Record filed in this case, pending the resolution of proceedings in *Protest of Digital Technologies, Inc.*, B-298618.4, currently pending at the U.S. Government Accountability Office (“GAO), with a decision due by March 19, 2007.

Counsel for defendant, the United States, has authorized the private parties to state that the United States does not oppose this motion.

The new protest, filed by DTI, the defendant-intervenor here, involves the same

solicitation at issue here, RFP No. HSBP10-05-R-0541, issued by the Department of Homeland Security, Bureau of Customs and Border Protection ("CBP"), for IT hardware maintenance services at the CBP data center complex. As reflected in the proceedings in this Court, CBP issued a contract, first, to ATI and, then, to DTI under this solicitation. In the new protest, DTI challenges CBP's award of a task order to ATI under its contract. Accordingly, it would conserve the resources of all parties and facilitate proceedings in the new GAO bid protest to allow the parties to preserve and retain the protected materials submitted to the Court here. If the Court grants this motion, the private parties will jointly advise the Court of the completion of the GAO bid protest and any subsequent proceedings that may occur in this Court, as well as propose to the Court in a joint written statement what information needs continued protection, and for what period of time, at that point.

WHEREFORE, the private parties request that the Court grant this motion and allow them to preserve and retain protected material obtained in this case pending the resolution of the new GAO bid protest, B-298618.4, and any subsequent proceedings that may occur in this Court following the resolution of the GAO protest, subject to the obligation to further advise the Court of the completion of the pending GAO bid protest and any subsequent proceedings in this Court and then for all parties to jointly propose continued protection periods for the protected material here.

Dated: December 15, 2006

Respectfully submitted,

s/Walter F. Zenner
Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff*
*Automation Technologies, Inc.*

s/Leslie H. Wiesenfelder
by s/Walter F. Zenner
Leslie H. Wiesenfelder
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036-6802
Tel: (202) 776-2726
Fax: (202) 776-2222

*Counsel of Record for Defendant-Intervenor*
*Digital Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900