# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**AUTOMATION TECHNOLOGIES, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**and**

**DIGITAL TECHNOLOGIES, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 06-694C**
**Filed: February 9, 2007**

## O R D E R

The court is in receipt of the parties' joint motion for leave to preserve and retain protected material pending the resolution of proceedings in a protest brought by Digital Technologies, Inc. before the Government Accountability Office (B-298618.4). The court **GRANTS** the parties' motion. Within thirty days of the conclusion of the GAO protest, the parties shall so advise the court, and also shall identify, with specificity, any material which the parties believe may require continued protection at that point in time, with a supporting rationale.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**