**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Electronically Filed on March 27, 2007)

| | |
|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | No. 06-694C |
| v. | (Judge Horn) |
| UNITED STATES, Defendant, | |
| and | |
| DIGITAL TECHNOLOGIES, INC., Defendant-Intervenor. | BID PROTEST |

**JOINT NOTICE TO THE COURT**
**CONCERNING DISPOSITION OF PROTECTED MATERIAL**

Pursuant to the Court's order of February 9, 2007, concerning the disposition of protected material submitted to the Court in the above-captioned bid protest, the private parties, plaintiff Automation Technologies, Inc. ("ATI") and defendant-intervenor Digital Technologies, Inc. ("DTI"), hereby advise the Court of the following items:

(1) On February 23, 2007, the Government Accountability Office ("GAO") issued a final disposition of DTI's follow-on protest. *See Protest of Digital Technologies, Inc.*, B-298618.5 (denying reconsideration of its decision in B-298618.4). There is no action pending in this Court concerning the contract award that was the subject of DTI's protest at the GAO.

(2) Plaintiff ATI separately requests continued protection for two documents within the Administrative Record submitted to the Court in the above-captioned action. They are ATI's original proposal (AR, Tab 19) and its final proposal revision (AR, Tab 22). ATI requests

continued protection for a period of five years, since these two documents contain ATI's technical proposal, which includes ATI proprietary and confidential information that could provide a competitive advantage to others.

(3) Defendant-intervenor separately requests continued protection for five years for CBP's price negotiation memorandum for the rebid in 2006 (AR, Tab 16), its initial proposal (AR, Tab 18), and its final proposal revision (AR, Tab 21), which similarly contain DTI confidential and proprietary information that could provide a competitive advantage to others.

(4) Plaintiff ATI and defendant-intervenor DTI jointly request continued protection for five years for (a) CBP's discussion letters to ATI and DTI (AR, Tab 20); (b) the CBP Source Evaluation Board's initial technical evaluation (AR, Tab 23), (c) the board's updated technical evaluation (AR, Tab 24), and (d) CBP's addendum to the original price negotiation memorandum (AR, Tab 25), each of which similarly contains ATI and DTI confidential and proprietary information that could provide a competitive advantage to others.

In summary, the private parties separately or jointly request continued protection for the following nine documents:

- AR, Tab 16: CBP's Price Negotiation Memorandum (Aug. 15, 2006)
- AR, Tab 18: DTI Proposal (Oct. 11, 2005)
- AR, Tab 19: ATI Proposal (Oct. 11, 2005)
- AR, Tab 20: CBP Discussion Letters to ATI and DTI (Nov. 18, 2005)
- AR, Tab 21: DTI Final Proposal Revision (Dec. 1, 2005)
- AR, Tab 22: ATI Final Proposal Revision (Dec. 1, 2005)
- AR, Tab 23: SEB Technical Evaluation (Nov. 18, 2005)

- AR, Tab 24: SEB Updated Technical Evaluation (Dec. 8, 2005)
- AR, Tab 25: CBP'S Addendum to Price Negotiation Memorandum (Dec. 20, 2005)

Counsel for defendant, the United States, has authorized undersigned counsel to state that the United States does not oppose these requests.

Dated: March 27, 2006

Respectfully submitted,

s/Walter F. Zenner
Walter F. Zenner
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7603
Fax: (703) 770-7901

*Counsel of Record for Plaintiff Automation Technologies, Inc.*

*Of Counsel:*

John E. Jensen
Orest J. Jowyk
PILLSBURY WINTHROP
SHAW PITTMAN LLP
1650 Tysons Boulevard
McLean, Virginia 22102-4859
Tel: (703) 770-7900

s/Leslie H. Wiesenfelder
by s/Walter F. Zenner
Leslie H. Wiesenfelder
DOW LOHNES PLLC
1200 New Hampshire Avenue, N.W.
Suite 800
Washington, D.C. 20036-6802
Tel: (202) 776-2726
Fax: (202) 776-2222

*Counsel of Record for Defendant-Intervenor Digital Technologies, Inc.*