# In the United States Court of Federal Claims

| | | |
|---|---|---|
| AUTOMATION TECHNOLOGIES, INC., Plaintiff, | * | |
| v. | * | No. 06-694C |
| UNITED STATES, Defendant, | * | Filed: May 1, 2007 |
| and | * | |
| DIGITAL TECHNOLOGIES, INC., Defendant-Intervenor. | * | |

## O R D E R

The court is in receipt of the parties' joint notice to the court concerning the disposition of protected material in the above-captioned case. Judgment was entered in this case on October 30, 2006. As directed by the court, the plaintiff and the defendant have identified specific documents in the administrative record for which continued protection, for a period of five years, is requested. Defendant does not oppose the request. The court **GRANTS** the plaintiff's and intervenor's joint request. The ten documents identified by the joint notice in tabs 16, 18, 19, and 20-25 of the administrative record shall be **SEALED** for five years from the date of this order. Continued protection beyond that point will require a motion and a supporting rationale from the parties.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**